JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| THIEU DANG, | Case No. 8:14-cv-00871-JVS-RNB |
| Plaintiff, | **JUDGEMENT** |
| v. | Date: December 8, 2014<br>Time: 1:30 p.m.<br>Crtrm: 10C |
| TRAVELERS INSURANCE COMPANY, TRAVELERS COMMERCIAL INSURANCE COMPANY and DOES 1 through 10, | The Hon. James V. Selna<br>Courtroom: 10C |
| Defendants. | |

1 | Defendants' Travelers Insurance Company and Travelers Commercial Insurance Company ("Travelers") motion for judgment on the pleadings came on regularly for hearing on December 8, 2014.  On December 15, 2014, plaintiff filed a supplemental brief, and the motion was then deemed submitted.  On December 17, 2014, the Court granted Travelers' motion for judgment on the pleadings without leave to amend.

The Court, having granted Travelers' motion, hereby enters judgment in favor of Travelers and against plaintiff Thieu Dang.

**IT IS SO ORDERED.**

Dated:  **December 23, 2014**

_____
The Hon. James V. Selna
United States District Court Judge